UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KATRINA L. CHAMBERS,              )
                                  )
            Plaintiff,            )
                                  )
v.                                )        **JUDGMENT**
                                  )
                                  )        No. 5:14-CV-309-FL
                                  )
CAROLYN W. COLVIN,                )
Acting Commissioner of Social Security,  )
                                  )
            Defendant.            )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 25, 2014, that defendant's motion to remand is granted and the Commissioner's decision is reversed. This matter is remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

**This Judgment Filed and Entered on November 25, 2014, and Copies To:**

David F. Chermol (via CM/ECF Notice of Electronic Filing)
Lawrence Wittenberg (via CM/ECF Notice of Electronic Filing)
Kathleen Buckner (via CM/ECF Notice of Electronic Filing)


November 25, 2014              JULIE A. RICHARDS, CLERK
                                 /s/ Christa N. Baker
                               (By) Christa N. Baker, Deputy Clerk